UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 09-3907-DMG(PJWx)** | Date | DECEMBER 1, 2010 |
|---|---|---|---|

| Title | MAURICIO MINA V DELTA INTERNATIONAL MACHINERY CORP., ET AL., |
|---|---|

| Present: The Honorable | DOLLY M. GEE., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR NON-COMPLIANCE WITH COURT ORDER; JOINT REQUEST FOR EXTENSION ON NON-EXPERT DISCOVERY CUTOFF [DOC. #52]

It has come to the Court's attention that the parties have not complied with the Court's Scheduling Order requiring a settlement conference to be completed by December 1, 2010. Participation in a settlement conference is mandatory, not optional. *See* Scheduling and Case Management Order for Jury Trial, filed March 18, 2010 at 6 ("No case will proceed to trial unless all parties, including the principals of all corporate parties, have appeared personally at a settlement conference."). [Doc. # 26]

Defendants shall show cause in writing by **December 8, 2010** why sanctions should not be imposed for their failure to comply with a Court-ordered deadline or to seek a timely continuance of the deadline for completion of the settlement conference. Defendants also shall report on what they have done in the interim to attempt compliance.

On November 29, 2010, one day before the parties' non-expert discovery cutoff, the parties filed a joint stipulation to modify and extend the non-expert discovery cutoff. [Doc. # 52] This is the parties' fourth request to modify the discovery schedule. Other than informing the Court that the parties have been "working to resolve an on-going discovery dispute" and a conclusory statement that the parties "believe and represent that there exists good cause for the modification of the discovery scheduling order set forth in the court's August 3, 2010 Order," the stipulation sets forth no specific facts demonstrating good cause for a fourth modification to the discovery schedule or why it was necessary to seek a continuance one day before the discovery cutoff.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|

The parties have disregarded the Court's rules applicable to continuances.  *See* Standing Order Regarding Newly Assigned Cases at 4, paragraph 10 [Doc. #  5] and Judge Gee's Procedures and Schedules at paragraph 8 (United States District Court, Central District of California website).  Accordingly, the request for a fourth modification to the discovery cutoff is DENIED.

**IT IS SO ORDERED.**


cc: all parties